# United States Bankruptcy Court
## District of Nevada

In re  SPANISH HEIGHTS ACQUISITION COMPANY, LLC
                              Debtor(s)

Case No. _____
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| CBC Partners I, LLC<br>c/o Michael Mushkin, Esq.<br>6070 S. Eastern Ave.<br>Las Vegas, NV 89119 | | 49% | member |
| SJC Ventures LLC<br>c/o US Corp Agents INC.<br>500 N. Rainbow Blvd. #300<br>Las Vegas, NV 89107 | | 51% | member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  2/3/2021          X Signature  _____

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.